UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTINE OSORO MOCHAMA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY ZWETOW, et al.,<br><br>    Defendants. | Civil No. 14-2121-KHV-TJJ |

NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988 §§ 5, 6, Pub. L. No. 100-694, 102 Stat. 4563 (1988) (codified at 28 U.S.C. § 2679), the United States of America is hereby substituted for the individual defendants Timothy Zwetow, Rodney Nichols, Alan VanSkike, Jane Patty-Kill and Andrew Pleviak, with respect to Plaintiff's state law causes of action.  The grounds for this substitution are:

1.  Plaintiff avers violations of Kansas common law allegedly committed by these individual Defendants while they were employed by the Department of Homeland Security (hereinafter "DHS"), and that Plaintiff was damaged as a result of the Defendants' actions. Second Amended Compl. ¶¶ 2, 8, 9, 10, 11, and 12.

2.  Plaintiff's first cause of action alleges the intentional torts of assault and battery and appears in a section entitled, "Count I: Assault and Battery by Zwetow, Nichols, VanSkike, Patty-Kill, and Pleviak," which specifically avers that "Defendants Zwetow, Nichols, VanSkike, Patty-Kill, and/or Pleviak threatened to and intentionally did bodily harm to Mr. Mochama,

resulting in an immediate apprehension of bodily harm by Mr. Mochama." Second Amended Compl. ¶ 67.

3. Plaintiff's second cause of action appears in a section entitled, "Count II: Negligence by Zwetow, Nichols, VanSkike, Patty-Kill, and Pleviak" and specifically avers that defendants Zwetow, Nichols, VanSkike, Patty-Kill, and Pleviak were negligent in their care and treatment of Mr. Mochama. Second Amended Compl. ¶¶ 76-80.

4. Defendants Zwetow, Nichols, VanSkike, Patty-Kill, and Pleviak are DHS agents. Compl. ¶ 1.

5. The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b); 2671-2680 (hereinafter, "FTCA"), as amended by the Federal Employees Liability Reform and Tort Compensation Act, provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. 28 U.S.C. § 2679(b)(1). The state law torts alleged in Counts I and II of Plaintiff's Second Amended Complaint fall within this provision.

6. Section 6 of the Federal Employees Liability Reform and Tort Compensation Act provides that, upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the incident out of which a state law claim arises, any civil action arising out of the incident shall be deemed an action against the United States, and the United States shall be substituted as the sole defendant with respect to those claims. 28 U.S.C. § 2679(d)(1), (2). Certification authority has been delegated to the United States Attorney for the district where the civil action is brought. 28 C.F.R. § 15.4.

7.      Barry R. Grissom, United States Attorney for the District of Kansas, has certified that at the time of the conduct alleged, individual federal defendants -- Zwetow, Nichols, VanSkike, Patty-Kill, and Pleviak -- were acting within the scope of their employment.

8.      The United States is not substituted as the defendant for any *Bivens* claims against the individual federal defendants in their personal capacity.

9.      For the foregoing reasons, the United States has, by operation of law, been substituted as the sole defendant with respect to the state law causes of action alleged in Counts I and II of the Second Amended Complaint.  There are two exceptions to the exclusivity provisions which are codified in 28 U.S.C. § 2679(b)(2).   Neither exception applies to these state law causes of action.  The Court is respectfully referred to the Certification of Scope of Employment attached hereto as Exhibit A.

                Respectfully submitted,

                BARRY R. GRISSOM
                United States Attorney

                **s/ *Brian Sheern***
                BRIAN SHEERN, KS S.Ct. # 21479
                Assistant United States Attorney
                301 N. Main, Suite 1200
                Wichita, KS 67052
                Telephone: (316) 269-6481
                Facsimile: (316) 269-6415
                E-Mail: brian.sheern@usdoj.gov
                Attorneys for the Federal Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2014, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Matthew L. Hoppock, mhoppock@dunndavison.com
        Attorney for Plaintiff

    Thomas J. Koehler, tkoehler@ymllc.com
    Gregory F. Maher, gmaher@ymllc.com
    Michael A. Preston, mpreston@ymllc.com
        Attorneys for Advanced Correctional Healthcare, Inc.

                                            *s/ Brian Sheern*
                                            BRIAN SHEERN
                                            Assistant U.S. Attorney